JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MEDINA, aka DAVID MEDINA,<br><br>Petitioner,<br>vs.<br>M.D. BITER (Warden),<br><br>Respondent. | Case No. CV 15-1991-RGK (KES)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 23, 2015

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1